Booth Kelly Lumber Company, Appellant, v. John Ruel and Caroline Ruel Lawrence, Formerly Trading as Ruel Lumber Company, Appellees.

W. C. Vossmeyer, Trading as Western Sales Agency, Appellant, v. John G. Ruel and Caroline M. Ruel, Appellees.

Gen. No. 40,777.

opinion filed December 13, 1939.

Walter S. Vose and Irving B. Campbell, for appellants; Oscar E. Carlstrom and Frederick W. Turner, Jr., for appellee Caroline Ruel Lawrence. Opinion by JUSTICE BURKE. "Not to be published in full."